IRWIN M. COANE et al., Individually and as Stockholders of American Distilling Company, Suing on Their Own Behalf and on Behalf of Stockholders Similarly Situated, and on Behalf of American Distilling Company, Appellants, *v.* AMERICAN DISTILLING COMPANY et al., Respondents, et al., Defendants.

Argued November 10, 1947; decided January 15, 1948.

*William G. Mulligan* and *Lewis B. Greenbaum* for motion.
*Joseph Nemerov* and *Aaron Schwartz* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the judgment appealed from is for costs only (*North* v. *City of Cohoes,* 291 N. Y. 726), and without prejudice to an appeal from a final judgment dismissing the third and fifth causes of action.